IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISABELLA PORTIA WARD,

    Plaintiff,

vs.                                                    CASE NO. 5:09cv300/RS-AK

MICHAEL B. DONLEY, Secretary of
Department of the Air Force,

    Defendant.
_____/

## ORDER

Before me is the Joint Report Of Parties And Request For A Sixty (60) Day Stay (Doc. 23).

**IT IS ORDERED:**

1. The request for a sixty day stay is denied.
2. The clerk is directed to reinstate the case to the active docket in accordance with the Pretrial Order (Doc. 20).

**ORDERED** on August 23, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**