IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISABELLA PORTIA WARD,

    Plaintiff,

vs.                                         CASE NO. 5:09-cv-300/RS-AK

MICHAEL B. DONLEY, SECRETARY,
DEPARTMENT OF THE AIR FORCE,
TYNDALL AFB

    Defendant.
_____/

## ORDER

The Joint Motion to Dismiss (Doc. 29) is **Granted without prejudice.** The clerk is directed to close the case in its entirety.

**ORDERED** on August 31, 2010

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**